IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS REED WILMONT,

    Petitioner,               No. CIV S-08-0841 LKK DAD P

    vs.

CLAUDE FINN, et al.,

    Respondents.            ORDER

        Respondents have filed a motion requesting a stay of these proceedings pending issuance of the mandate in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, ___ F.3d ___, 2008 WL 2131400, No. 06-55392 (9th Cir. May 16, 2008).  After a review of the record and the relevant case law, this court concludes that respondents' motion should be denied.  See Landis v. North American Co., 299 U.S. 248, 254 (1936) (a district court has broad discretion in deciding whether to stay proceedings in its own court.)

        Good cause appearing, IT IS HEREBY ORDERED that respondents' June 2, 2008 motion requesting a stay is denied.

DATED: June 6, 2008.

DAD:8:wilmont841.sta

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE